# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHANNA JAGUSCH, | ) | |
| | ) | CASE NO. 1:08cv1469 |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| | ) | **JUDGMENT ENTRY** |
| DEFENDANT. | ) | |

Consistent with the Memorandum of Opinion of this Court also filed this date, the Commissioner's final decision is affirmed and judgment is entered in favor of the Defendant.

IT IS SO ORDERED.

s/ Greg White<br>
United States Magistrate Judge

Date: February 13, 2009